IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 3: 04-CR-19 (CAR) |
| **ANTONIO MARTINEZ**, | |
| Supervised Releasee | RE: SUPERVISED RELEASE VIOLATIONS |

**O R D E R**

ANTONIO MARTINEZ, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure. He was advised of the nature of the proceedings against him and of his legal and constitutional rights. With assistance of counsel, he waived a preliminary hearing, agreeing that this matter should proceed to a FINAL revocation hearing before the Honorable C. Ashley Royal, district judge.

Upon consideration of the government's request for detention of the **SUPERVISED RELEASEE** pending his final revocation hearing, and in light of the provisions of 18 U.S.C. §3143(a) and no objection being made by the **SUPERVISED RELEASEE**, the court finds that release from custody at this time is inappropriate. Grounds for revocation set forth in the PETITION FOR ACTION ON SUPERVISED RELEASE include allegations that the **SUPERVISED RELEASEE** violated supervised release by failing to submit a truthful monthly report, failing to notify of change in residence, possessing a controlled substance, and violating provisions of state law in Barrow County, Georgia by possessing cocaine and a firearm during the commission of a crime.

Accordingly, IT IS ORDERED AND DIRECTED that ANTONIO MARTINEZ be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Said supervised releasee shall appear before the Honorable C. Ashley Royal for a FINAL REVOCATION HEARING as directed by Judge Royal.

SO ORDERED AND DIRECTED, this 16th day of AUGUST, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE